IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND WRIGHT,

       Plaintiff,              CV F 07 0462 AWI AWI WMW PC

       vs.                     ORDER RE MOTION (DOC 23)

KEN CLARK, et al.,

       Defendants.

      On March 27, 2008, Plaintiff filed an amended complaint. Plaintiff is granted leave to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a). This action will therefore proceed on the March 27, 2008, first amended complaint.

      Attached to Plaintiff's amended complaint are several exhibits, some of which appear to be original documents. It is inappropriate to attach exhibits to a complaint. See Rule 8, Federal Rules of Civil Procedure. Further, the court cannot serve as a repository for the parties' evidence. Originals or copies of evidence (i.e., prison or medical records, witness affidavits, etc.) should not be submitted until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the court).

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk's Office is directed to return to Plaintiff the exhibits submitted with the first amended complaint.

IT IS SO ORDERED.

**Dated:**   **March 28, 2008**           /s/ William M. Wunderlich
                                                UNITED STATES MAGISTRATE JUDGE