# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT, | CASE NO. 1:07-cv-0462-AWI-WMW PC |
| Plaintiff, | ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| KEN CLARK, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983  Plaintiff filed this action on March 23, 2007.  The Court screened Plaintiff's March 27, 2008, first amended complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Lefler, Figueroa, Gonzalez, Hernandez and Rivera for interference with his right of access to the courts; Defendants Lefler, Gonzalez, Rivera, Desbit, Lima, Peterson, Pearce, Baires, Pennington, Grannis and Kernan for retaliation; and Defendants Lefler, Orozco, and Miller for violations of the Equal Protection Clause..[1]  Fed. R. Civ. P. 8(a); <u>Erickson v. Pardus</u>, 127 S.Ct. 2197, 2200 (2007); <u>Alvarez v. Hill</u>, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Defendants Clark, Ward, Lais, Tuman, Hall, Smart, Lawrence and Burleson be dismissed.

1

| | | |
|---|---|---|
| 1 | | LEFLER |
| 2 | | FIGUEROA |
| 3 | | GONZALEZ |
| 4 | | HERNANDEZ |
| 5 | | RIVERA |
| 6 | | DESBIT |
| 7 | | LIMA |
| 8 | | PETERSON |
| 9 | | PEARCE |
| 10 | | BAIRES |
| 11 | | PENNINGTON |
| 12 | | GRANNIS |
| 13 | | OROZCO |
| 14 | | MILLER |
| 15 | | KERNAN |

2. The Clerk of the Court shall send Plaintiff fifteen USM-285 forms, tfifteen summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed March 27, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Sixteen copies of the endorsed amended complaint filed March 27, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule

| | |
|---|---|
| 1 | of Civil Procedure 4 without payment of costs. |
| 2 | 5. <u>The failure to comply with this order will result in a recommendation that this action |
| 3 | be dismissed</u>. |

IT IS SO ORDERED.

**Dated:     March 17, 2009**                             /s/  **William M. Wunderlich**
                                                                           UNITED STATES MAGISTRATE JUDGE