IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND WRIGHT,

    Plaintiff,

vs.

KEN CLARK, et al.,

    Defendants.
_____/

1: 07 CV 0462 AWI WMW PC

ORDER RE: FINDINGS & RECOMMENDATIONS (#35)

ORDER DISMISSING DEFENDANTS

      Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On March 17, 2009, findings and recommendations were entered, recommending dismissal of Defendants Clark, Ward, Lais, Tuman, Hall, Smart, Lawrence and Burleson. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

      Accordingly, THE COURT HEREBY ORDERS that:

      1. The Findings and Recommendations issued by the Magistrate Judge on March 17, 2009, are adopted in full; and

1

2. Defendants Clark, Ward, Lais, Tuman, Hall, Smart, Lawrence and Burleson are dismissed.

IT IS SO ORDERED.

**Dated:    May 13, 2009**                            /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE