IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND WRIGHT,

       Plaintiff,                      1: 07 CV 00462 AWI YNP SMS (PC)

       vs.                               ORDER

KEN CLARK, et al.,

       Defendants.

      On February 9, 2010, an order was entered by the District Court, adopting the October 29, 2009, findings and recommendations that the motion to dismiss by Defendants Baires, Figueroa, Gonzalez, Grannis, Hernandez, Kernan, Lefler, Lima, Miller, Nesmith, Orozco, Pearce, Peterson and Rivera be denied. The matter was referred to the Magistrate Judge for further proceedings.

      Accordingly, IT IS HEREBY ORDERED that Defendants Baires, Figueroa, Gonzalez, Grannis, Hernandez, Kernan, Lefler, Lima, Miller, Nesmith, Orozco, Pearce, Peterson and Rivera shall, within thirty days of the date of service of this order, file a further response to the March 27, 2008, first amended complaint.

IT IS SO ORDERED.

**Dated:   February 10, 2010**             /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE