IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND WRIGHT, | | |
| | Plaintiff, | 1: 07 CV 00462 AWI YNP SMS (PC) |
| vs. | | ORDER RE MOTION (DOC 60) |
| KEN CLARK, et al., | | |
| | Defendants. | |

    Defendants have filed a motion for extension of time in which to file a reply to the opposition to the motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that the motion is granted nunc pro tunc. The court deems the reply as timely filed.

IT IS SO ORDERED.

**Dated:   April 1, 2010**             /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

1