# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT, | CASE NO. 1:07-cv-00462-AWI-SKO PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 64) |
| SCOTT KEBNAN, et al., | |
| Defendants. | |

Plaintiff Raymond Wright ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 2, 2010, Plaintiff filed a motion requesting that the Court deny Defendants' motion for an extension of time. (Doc. #64.) Defendants requested an extension of time to file a reply to Plaintiff's opposition to Defendants' motion to dismiss. Defendants' request for an extension of time was granted on April 2, 2010, before Plaintiff's motion was filed. Further, Defendants' motion to dismiss was denied on August 23, 2010. (Doc. #69.) Accordingly, Plaintiff's motion will be denied as moot.

It is HEREBY ORDERED that Plaintiff's April 2, 2010 motion is DENIED as moot.

IT IS SO ORDERED.

**Dated:   September 21, 2010**            /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE

1