1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8
9  RAYMOND WRIGHT,                              CASE NO. 1:07-cv-00462-AWI-BAM PC

10              Plaintiff,                      ORDER GRANTING DEFENDANTS' MOTION
                                               TO MODIFY THE SCHEDULING ORDER
11       v.
                                               (ECF No. 109)
12  SCOTT KEBNAN, et al.,
                                               DISPOSITIVE MOTIONS DUE: March 7, 2012
13              Defendants.

14  _____/

15       Plaintiff Raymond Wright ("Plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 29, 2012, Defendants

17  filed a motion to modify the scheduling order.  The Court finds good cause to modify the scheduling

18  order.  Good cause having been found, Defendants' motion to modify the scheduling order is

19  HEREBY GRANTED and dispositive motions shall be filed on or before March 7, 2012.

20       IT IS SO ORDERED.

21  **Dated:    March 1, 2012**          **/s/ Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

1