Case 1:07-cv-00462-AWI -BAM   Document 118   Filed 06/20/12   Page 1 of 1

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT,<br><br>         Plaintiff,<br><br>    v.<br><br>SCOTT KEBNAN, et al.,<br><br>         Defendants. | CASE NO. 1:07-cv-00462-AWI-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROVIDE COPIES AS UNNECESSARY<br><br>(ECF No. 115) |

Plaintiff Raymond Wright ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 9, 2012, Plaintiff filed an opposition to Defendants' motion for summary judgment and a motion for the court to provide copies of his opposition to Defendants. (ECF Nos. 114, 115.) Per agreement with the Office of the Attorney General, if the defendants are represented by the Office of the Attorney General for the State of California, Plaintiff is not required to serve copies of filings on the defendants' counsel. The defendants' counsel will receive service of the filing via the court's electronic filing system. Accordingly, Defendants received the documents via the court's electronic filing system, and Plaintiff's motion, filed April 9, 2012, is HEREBY DENIED as unnecessary.

IT IS SO ORDERED.

Dated:   **June 20, 2012**            /s/ **Barbara A. McAuliffe**
                                UNITED STATES MAGISTRATE JUDGE

1