# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT, | CASE NO. 1:07-cv-00462-AWI-BAM PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |
| v. | |
| SCOTT KEBNAN, et al., | (ECF No. 125) |
| Defendants. | |

Plaintiff Raymond Wright ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 20, 2012, Defendants filed a motion for an extension of time to file a reply to Plaintiff's opposition to the motion for summary judgment.  Good cause showing, IT IS HEREBY ORDERED that Defendants' motion for an extension of time is GRANTED NUNC PRO TUNC to November 20, 2012, and Defendants' reply filed December 3, 2012, is deemed timely.

IT IS SO ORDERED.

Dated:    **December 11, 2012**              **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE

1