UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT,<br><br>        Plaintiff,<br><br>   v.<br><br>KEN CLARK, et al.,<br><br>        Defendants. | Case No.: 1:07-cv-00462-AWI-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TRANSCRIPTS AT GOVERNMENT'S EXPENSE<br><br>(ECF No. 137) |

Plaintiff Raymond Wright ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 5, 2013, the undersigned issued Findings and Recommendations regarding Defendants' motion for summary judgment. (ECF No. 129.) Plaintiff filed objections to the Findings and Recommendations on August 29, 2013. (ECF No. 132.) On September 4, 2013, Plaintiff submitted two additional exhibits in support of his objections: (1) a CDC 114-D dated April 11, 2007; and (2) a Director's Level Appeal Decision dated November 1, 2007, which included a CDC 602 Inmate/Parolee Appeal Form. (ECF No. 136.) Plaintiff also filed the instant motion for transcripts at Government's expense.

By the motion, Plaintiff requests that the Court provide both Plaintiff and the Attorney General with copies of the two additional exhibits submitted in support of his objections. (ECF No. 137.) Plaintiff does not explain why the parties require copies of exhibits that have been filed with the Court. As Plaintiff was informed at the outset of this case, the Court generally does not provide copies of

1

documents to the parties.  Further, defense counsel from the Office of the Attorney General has access to documents filed on the Court's electronic docket.  Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

    Dated:   **October 30, 2013**          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE