# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT,<br><br>        Plaintiff,<br><br>    vs.<br><br>KEN CLARK, et al.,<br><br>        Defendants. | 1:07-cv-00462-AWI-BAM (PC)<br><br>ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL |

      Plaintiff Raymond Wright ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on March 23, 2007.  On November 5, 2013, the Court granted Defendants' motion for summary judgment and judgment was entered in favor of Defendants.  Plaintiff filed a notice of appeal on November 14, 2013.

      On November 25, 2013, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether in forma pauperis status should continue for the appeal, or whether the appeal is frivolous or taken in bad faith.  28 U.S.C. § 1915(a)(3).

      The Court finds that this appeal is not taken in bad faith and is not frivolous.  Accordingly, in forma pauperis status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated:   **November 26, 2013**          /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE